# United States District Court
# Central District of California

| | |
|---|---|
| ANGELA DE LEON, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STANDARD INSURANCE COMPANY; STANCORP FINANCIAL GROUP, INC., <br><br> Defendants. | Case № 2:15-cv-07419-ODW(JC) <br><br> **ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 78), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than February 1, 2017**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

December 16, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**